UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:13-cr-00046-RLY-CMM |
| | ) | |
| | ) | |
| HAYWOOD RAMSEY (08), | ) | |
| | ) | |
| Defendant. | ) | |

## **REPORT AND RECOMMENDATION**

On August 23, 2019, the Court held an initial hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 26, 2019. Defendant Haywood Ramsey ("Defendant") appeared in person with FCD counsel, Dominic Martin. The government appeared by Lauren Wheatley, Assistant United States Attorney, via telephone. U. S. Parole and Probation appeared by Officer Jennifer Considine.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted Violation Nos. 1, 2 and 3. [Docket No. 380.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state or local crime." |
| | On February 21, 2019, Haywood Ramsey allegedly committed a new criminal offense of Possess Synthetic Drug or Lookalike Substance, Class A Misdemeanor, Operating a Vehicle While Intoxicated, Class C Misdemeanor, and Operating Without Ever Obtaining License, Class A Misdemeanor in Knox County, Indiana with formal charges to follow. |
| 2 | "The defendant shall not commit another federal, state or local crime." |
| | As previously reported to the Court, on July 27, 2018, Haywood Ramsey was cited for Possession of a Synthetic Drug or Synthetic Drug Lookalike Substance, Misdemeanor (Daviess County, Indiana 14D01-1807-CM-001172). |
| 3 | "The defendant shall refrain from any unlawful use of a controlled substance." |
| | As previously report to the Court, Mr. Ramsey tested positive for Cannabinoids on April 10, 2018, May 17, 2018, December 18, 2018, and on February 12, 2019. |
| | As previously report to the Court, Mr. Ramsey tested positive for Methamphetamine and Amphetamines on January 30, 2019. This specimen was confirmed positive for Methamphetamine and Amphetamine and also confirmed diluted for creatinine and specific gravity. |

4. The parties stipulated that:

    (a)    The highest grade of violation is a Grade **B** violation.

    (b)    Defendant's criminal history category is **IV**.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is **12 to 18** months imprisonment.

5. Parties jointly recommended that defendant be incarcerated for ten (10) months with no supervised release to follow.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. §3553(a), and as more fully set forth on the record, finds that:

(a) The Defendant violated the conditions in the petition;

(b) That the agreement of the parties is an appropriate resolution of this matter and the agreement is commended to the favorable consideration of the District Judge;

(c) That, consistent with the agreement, the Magistrate Judge recommends that the defendant's supervised release be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of ten (10) months with no supervised release to follow. The recommended sentence is consecutive to any time served if convicted of the state charges. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court will make a recommendation of placement at a facility in Ashland, Kentucky. The Court also recommends defendant's medical issues be addressed timely.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have 14 days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: August 23, 2019

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system